UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA MINGES, as
Personal Representative of the
Estate of Nicholas Jaeger,

    Plaintiff,

v.

COUNTY OF BERRIEN, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1308

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Berrien County, Deputy Jane Doe, and Deputy Justin Williams filed a partial motion to dismiss and motion for more definite statement. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 19, 2024, recommending that this Court grant the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 14) is GRANTED as to Count III (Plaintiff's ADA claim).

**IT IS FURTHER ORDERED** that the Motion for a more definite statement filed pursuant to Fed. R. Civ. P. 12(e) is GRANTED as to Counts I and II, and Plaintiff shall file an amended

2

complaint with respect to those counts.  The deadline to file the amended complaint is September 30, 2024.


Dated:  September 9, 2024            /s/  Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge