# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-1308-PLM | 8/26/2025 | 10:05 am – 10:14 am | Maarten Vermaat |

## CASE CAPTION

| |
|---|
| Barbara Minges v Berrien County, et al |

## APPEARANCES

Attorney:    Representing:

| Tyler Joseph | Plaintiff |
|---|---|
| James McGovern | Defendants Berrien County, Unk. Party, and Justin Williams |
| Devlin Scarber | Defendants Karin Thomas and Wellpath |

## PROCEEDINGS

**NATURE OF HEARING:** Scheduling Conference by video

Counsel agreed to wait to set case management order deadlines until after Defendant Wellpath's motion to dismiss is ruled on.

The Court will give the parties until the end of September to file supplement authority regarding that motion to dismiss if they wish.  Order to enter.

Proceedings Digitally Recorded via Zoom
Courtroom Deputy:  C.A. Moore