UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA MINGES, Personal Representative of the Estate of Nicholas Jaeger,

    Plaintiff,

v.

COUNTY OF BERRIEN, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1308

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on December 15, 2023. Defendant Wellpath filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 5, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 91) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 77) is GRANTED. Wellpath is DISMISSED from this lawsuit.

Dated: December 9, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge